United States District Court
for the
Southern District of Florida

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By Ketly Pierre
Deputy Clerk
Date Jun 11, 2020

Jacob Zowie Thomas Rensel and ）
others, Plaintiff, ）
）
v. ）
） Civil Action No. 17-24500-Civ-Scola
）
Centra Tech, Inc. and others, ）
Defendants. ）

### Order

    This matter is before the Court on the Plaintiffs' motion seeking entry of Forms AO 450 setting forth final judgment against Defendant Centra Tech, Inc. (ECF No. 293.) The Defendant has not responded to the motion, and its time to do so has passed. Having reviewed the motion, the affidavit in support thereof, the record, and the relevant legal authorities, the Court **grants** the motion (**ECF No. 293**).

    On December 13, 2019, the Court granted the Plaintiffs' motion for default judgment. (ECF No. 263.) On February 19, 2020, each of the Plaintiffs moved for entry of final judgment on separate documents pursuant to Federal Rule of Civil Procedure 58. As default judgment has been entered and the Plaintiffs no seek to obtain their own separate documents setting forth the judgment, the **Clerk shall enter the judgments** as outlined in the individual and separate Forms AO 450 previously filed on February 19, 2020. (**ECF Nos. 279-85**.)

    **Done and ordered** at Miami, Florida on June 5, 2020.

Robert N. Scola, Jr.
United States District Judge

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jae J. Lee ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-cv-24500-RNS/Becerra |
| Centra Tech, Inc., et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/08/2020__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __Jun 11, 2020__

*CLERK OF COURT*



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By __Ketly Pierre__
Deputy Clerk
Date __Jun 11, 2020__

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



| Jae J. Lee | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:17-cv-24500-RNS |
| Centra Tech, Inc., et al | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: the plaintiff Jae J. Lee recover from defendant Centra Tech, Inc. the amount of twenty-four thousand, three hundred fourteen dollars and sixty cents ($24,314.60), which includes prejudgment interest at the rate of 6.89% per annum beginning on July 23, 2017 through December 13, 2019, plus post judgment interest at the rate of 1.57% per annum, computed daily to the date of payment and compounded annually, along with costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert N. Scola, Jr. _____ on a motion for Final Default Judgment Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure

Date: Jun 8, 2020

CLERK OF COURT

Johanna Borges
Signature of Clerk or Deputy Clerk